IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :   CRIMINAL ACTION
        v.   :
   :   No. 22-212
MARCUS ECKS
255 E. Lincoln Highway, Apt. 10
Langhorne, PA 19047

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **sentencing** on **Wednesday, January 4, 2023,** at **1:00 P.M.** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:    Patrick Kelly
        Courtroom Deputy to J. R. Barclay Surrick
        Phone: 267.299.7639

Date:    9/8/2022

cc via U.S. Mail:    Defendant
cc via email:    Kathleen Gaughan, Esquire
        Laura Jeanne Bradbury, AUSA
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator

crnotice (July 2021)